IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3092 |
| | ) | |
| V. | ) | |
| | ) | |
| BETUEL CHICOL-XOVIN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Defendant's retained counsel, J. Bruce Teichman, has filed a motion to withdraw. Filing No. 18. Mr. Teichman has verbally advised the court that his client is unable to pay for continued representation, and defendant requests appointed counsel. Based on the defendant's financial affidavit of record, (filing no. 5), the court finds the defendant is entitled to appointed counsel. Accordingly,

IT IS ORDERED:

1) The motion of counsel for defendant to withdraw, (filing no. 18), is granted, effective upon the entry of appearance of substitute counsel. J. Bruce Teichman shall promptly serve defendant with a copy of this order.

2) The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter. In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3)   New defense counsel shall promptly enter his or her appearance.

DATED this 4th day of September, 2009.

                                                              BY THE COURT:

                                                              *Richard G. Kopf*
                                                             United States District Judge